DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**EAUM FISHERIES (USA), LLC,**
Appellant,

v.

**CARIBCO SHRIMP CORPORATION,**
Appellee.

No. 4D16-3392

[November 9, 2017]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; John T. Luzzo, Judge; L.T. Case No. 15-020503 CACE (09).

Lee B. Gartner of Lee B. Gartner, P.A., Coral Springs, for appellant.

Allan M. Stein of Rosenfeld Stein Batta, P.A., Aventura, for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, CONNER and KLINGENSMITH, JJ., concur.

\*　　\*　　\*

***Not final until disposition of timely filed motion for rehearing.***